JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ROBERT ELGUEZABAL, | Case No. CV 15-01982-AB (Ex) |
|---|---|
| Plaintiff, | |
| v. | ORDER DISMISSING CIVIL ACTION |
| F & C CORPORATION, DBA MARBLE PROPERTIES INC., a Delaware Corporation; and Does 1-10, | |
| Defendants. | |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Per the Parties' stipulation, (Dkt. No. 15), all currently set dates shall be vacated. Additionally, the Order to Show Cause, (Dkt. No. 14), is discharged.

Dated: May 29, 2015    _____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE

1.